CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:14–mj–00703–1
### *Internal Use Only*

Case title: USA v. Torres

Other court case number: 4:13cr281–32 Eastern District of Texas Sherman

Date Filed: 07/16/2014

Date Terminated: 07/24/2014

Assigned to: Magistrate Judge Stephen Smith

**Defendant (1)**

| | |
|---|---|
| **Ramiro Torres**<br>*TERMINATED: 07/24/2014* | represented by **Lydia Clay–Jackson**<br>Attorney at Law<br>1110 N Loop 336 W<br>Suite 500<br>Conroe, TX 77301<br>936–760–2889<br>Fax: 936–760–2892<br>Email: reasonabledoubt@consolidated.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:846 CPID Marijuana

**Disposition**

Ordered committed to the Eastern District of Texas – Sherman

1

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/16/2014 | 1 | 4 | Copy of Superseding Indictment Eastern District of Texas Sherman 4:13cr281 as to Ramiro Torres, filed.(kmurphy, 4) (Entered: 07/16/2014) |
| 07/16/2014 | | 23 | Arrest (Rule 40) of Ramiro Torres(kmurphy, 4) (Entered: 07/16/2014) |
| 07/16/2014 | | 22 | ***Set Hearing as to Ramiro Torres: Initial Appearance – Rule 40 set for 7/16/2014 at 02:00 PM before Magistrate Judge Stephen Smith (kmurphy, 4) (Entered: 07/16/2014) |
| 07/16/2014 | 2 | 24 | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 7/16/2014 before Magistrate Judge Stephen Smith as to Ramiro Torres. Defendant requests appointed counsel. Financial Affidavit executed. Order appointing private counsel to follow. Order of Temporary Detention Pending Hearing. Identity and Detention Hearing set for 7/18/2014 at 02:00 PM before Magistrate Judge Stephen Smith Appearances: AUSA Belinda Beek f/USA;.(ERO:J Guajardo) (Interpreter:No) Deft remanded to custody, filed.(kmurphy, 4) (Entered: 07/16/2014) |
| 07/16/2014 | 3 | 25 | Sealed Financial Affidavit CJA 23 by Ramiro Torres, filed. (Entered: 07/16/2014) |
| 07/16/2014 | 4 | 26 | ORDER OF TEMPORARY DETENTION PENDING HEARING as to Ramiro Torres ( Signed by Magistrate Judge Stephen Smith) Parties notified. (kmurphy, 4) (Entered: 07/16/2014) |
| 07/17/2014 | 5 | | Pretrial Services Report (Sealed) as to Ramiro Torres, filed. (mbaez, 4) (Entered: 07/17/2014) |
| 07/17/2014 | 6 | 27 | CJA 20 appointing Attorney Lyndia Clay–Jackson as to Ramiro Torres ( Signed by Magistrate Judge Stephen Smith) Parties notified. (kmurphy, 4) (Entered: 07/17/2014) |
| 07/18/2014 | 7 | 28 | IDENTITY AND DETENTION HEARING Minute Entry for proceedings held on 7/18/2014 before Magistrate Judge Stephen Smith as to Ramiro Torres Defendant appeared with counsel. Defendant waives Identity, Detention Hearing in this district and Waiver of Rule 5 &5.1 Hearings executed, Deft ordered removed to originating district. Appearances: AUSA Belinda Beek f/USA; Lydia Clay–Jackson (CJA) f/Deft.(ERO: J Guajardo) (Interpreter: No) Deft remanded to custody (Pretrial Officer: D Hernandez), filed.(kmurphy, 4) (Entered: 07/24/2014) |
| 07/18/2014 | 8 | 29 | WAIVER of Rule 5 &5.1 Hearings by Ramiro Torres, filed.(kmurphy, 4) (Entered: 07/24/2014) |
| 07/18/2014 | 9 | 30 | COMMITMENT TO ANOTHER DISTRICT as to Ramiro Torres. Defendant committed to Eastern District of Texas – Sherman ( Signed by Magistrate Judge Stephen Smith) Parties notified. (kmurphy, 4) (Entered: 07/24/2014) |

| 07/24/2014 | | 31 | RULE 5 Papers sent via email to Eastern District of Texas – Sherman Division as to Ramiro Torres, filed.(kmurphy, 4) (Entered: 07/24/2014) |
|---|---|---|---|

REDACTED

**United States Courts**
**Southern District of Texas**
**FILED**

July 16, 2014

David J. Bradley, Clerk of Court

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**Sealed**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § |
| MARIO ALBERTO SOTO (1) | § |
|   a.k.a. Mayito | § |
| JESUS AMARO CERVANTES- | § |
| CISNEROS (2) | § |
|   a.k.a. Francisco Contreras Rivera, Paisa | § |
| ███████████████ | █ |
| | § |
| JAVIER ANTONIE GRADANDOS (4) | § |
|   a.k.a. Javi, Javier Antonie Granados, | § |
|   Javier Antonie Gradandos | § |
| JUAN CARLOS GRANADAS-RIOS (5) | § |
|   a.k.a. Carlitos, Juan Carlos Granados, | § |
|   Juan Carlos Granadas | § |
| JUAN SOTO-ROBLES (6) | § |
|   a.k.a. Johnny | § |
| ALVARO MONDRAGON SANCHEZ | § |
|   a.k.a. Angel (7) | § |
| ARTURO LNU (8) | § |
| HILDA LARA (9) | § |
|   a.k.a. Hilda Lara-Romo | § |
| JOSE CHRISTINO LOPEZ (10) | § |
|   a.k.a. Tino | § |
| LUIS MANUEL SORIA (11) | § |
|   a.k.a. Borracho | § |
| ROGELIO RODRIGUEZ (12) | § |
|   a.k.a. Roy | § |
| JOSE MIGUEL MORENO (13) | § |
|   a.k.a. Chucky | § |
| JUAN GONZALEZ (14) | § |
| CARLOS CARMONA (15) | § |
|   a.k.a. Kid | § |
| JAVIER ARAMBULA (16) | § |
|   a.k.a. Javier Damien | § |
| FERNANDO ALFONSO | § |
| HERNANDEZ, JR. (17) | § |

No. 4:13CR281   Deft #32
Judge Crone

H 14-703M

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 12 2014

DAVID J. MALAND, CLERK
BY
DEPUTY

Second Superseding Indictment/Notice of Penalty – Page 1

   a.k.a. Nando, Turkey            §
MIGUEL MARTINEZ-ABAD (18)     §
   a.k.a. Michael, Miguel Angel Gonzalez   §
PEDRO LARA-ROMO (19)         §
   a.k.a. Hugo Lara           §
JULIANA LARA (20)            §
EVERADO SANCHEZ (21)         §
   a.k.a. Don Lalo           §
JORGE LUIS VELEZ (22)        §
   a.k.a. George            §
   ██████████████████    §
JUAN MORENO-VALDEZ (24)     §
JOSE MARIA VARGAS-HERNANDEZ   §
   (25)               §
JULIO JAVIER MENDOZA-GARIBAY   §
   a.k.a. Don Cheque (26)       §
JESUS ESTRADA-HERNANDEZ (27)   §
   a.k.a. El Gordito         §
JOSE REFUGIO PACHECO (28)     §
   a.k.a. Refugio           §
CECIL WILSON (29)           §
JEANNE RAE GREEN (30)       §
   ████████████       §
RAMIRO TORRES (32)         §
JOSE QUEZADA-ELEUTERIO (33)    §
   ████████████████████  §
THOMAS MITCHEM (36)        §
CARLOS NOYOLA (37)         §
BEATRIZ DEL CARMEN GUEVARA    §
   a.k.a. Betty (38)         §
ELIZABETH GARCIA (39)       §
JESSICA LIRA-MAGALY (40)     §
ADISLADO PAREDES-ROSALES (41)   §
   a.k.a. Jose Luis Arcos-Ortiz,     §
   Kid, Amador Espinoza Matuto   §
JUAN MANUEL DELBOSQUE (42)    §
   a.k.a. Pollo            §
MARCO ESTRADA-GONZALEZ (43)   §
   a.k.a. Flaco            §
DIAMANTINA DELBOSQUE (44)    §
   a.k.a. Tina            §
   ██████ ██████ ██████   §

**Second Superseding Indictment/Notice of Penalty – Page 2**

SERGIO MARIN (46)         §
 a.k.a. Morro              §
JOSE COLLADO-LINARES (47)   §
 a.k.a. Luis Alberto Linardo-Collado  §
MARIO QUINONES (48)       §
 a.k.a. Mario Cocho, El Cocho    §
JULIO GARCIA (49)          §
 a.k.a. Chaparro           §

## SECOND SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Cocaine)

That from sometime in or about January 2011, and continuously thereafter up to and including ~~November 13, 2013~~, March 12, 2014 E.G. in the Eastern District of Texas and elsewhere,

**Mario Alberto Soto, a.k.a. Mayito**
**Jesus Amaro Cervantes-Cisneros, a.k.a. Francisco Contreras Rivera, Paisa**
▮▮▮▮▮▮▮▮▮▮

**Juan Carlos Granadas-Rios, a.k.a. Juan Carlos Granadas, Carlitos, Juan Carlos Granados**
**Alvaro Mondragon Sanchez, a.k.a. Angel**
**Jose Christino Lopez, a.k.a. Tino**
**Rogelio Rodriguez, a.k.a. Roy**
**Juan Gonzalez**
**Miguel Martinez-Abad, a.k.a. Michael, Miguel Angel Gonzalez**
**Pedro Lara-Romo, a.k.a. Hugo Lara**
**Jorge Luis Velez, a.k.a. George**
**Julio Javier Mendoza-Garibay, a.k.a. Don Cheque**
**Jesus Estrada-Hernandez, a.k.a. El Gordito**
▮▮▮▮▮▮▮▮▮▮

**Beatriz Del Carmen Guevara, a.k.a. Betty**
**Marco Estrada-Gonzalez, a.k.a. Flaco**
▮▮▮▮▮▮▮

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### Count Two

> Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine)

That from sometime in or about January 2011, and continuously thereafter up to and including ~~November 13, 2013,~~ March 12, 2014 E.G. in the Eastern District of Texas and elsewhere,

**Mario Alberto Soto, a.k.a. Mayito**
**Jesus Amaro Cervantes-Cisneros, a.k.a. Francisco Contreras Rivera, Paisa**
██████████████████████
**Javier Antonie Gradandos, a.k.a. Javier Antonie Gradandos, Javi, Javier Antonie Granados**
**Juan Carlos Granadas-Rios, a.k.a. Juan Carlos Granadas, Carlitos, Juan Carlos Granados**
**Juan Soto-Robles, a.k.a. Johnny**
**Hilda Lara, a.k.a. Hilda Lara-Romo**
**Jose Christino Lopez, a.k.a. Tino**
**Luis Manuel Soria, a.k.a. Borracho**
**Jose Miguel Moreno, a.k.a. Chucky**
**Carlos Carmona, a.k.a. Kid**
**Javier Arambula, a.k.a. Javier Damien**
**Fernando Alfonso Hernandez, Jr., a.k.a. Nando, Turkey**
**Miguel Martinez-Abad, a.k.a. Michael, Miguel Angel Gonzalez**
**Pedro Lara-Romo, a.k.a. Hugo Lara**
**Juliana Lara**
**Everado Sanchez, a.k.a. Don Lalo**

██████████

Juan Moreno-Valdez
Jose Maria Vargas-Hernandez
Julio Javier Mendoza-Garibay, a.k.a. Don Cheque
Jesus Estrada-Hernandez, a.k.a. El Gordito
Jose Refugio Pacheco, a.k.a. Refugio
Cecil Wilson
Jeanne Rae Green

████████████

Jose Quezada-Eleuterio
Beatriz Del Carmen Guevara, a.k.a. Betty
Elizabeth Garcia
Jessica Lira-Magaly
Adislado Paredes-Rosales, a.k.a. Jose Luis Arcos-Ortiz, Kid, Amador Espinoza
Matuto
Juan Manuel Delbosque, a.k.a. Pollo
Marco Estrada-Gonzalez, a.k.a. Flaco
Diamantina Delbosquez, a.k.a. Tina

███████████

Sergio Marin, a.k.a. Morro
Jose Collado-Linares, a.k.a. Luis Alberto Linardo-Collado
Rosales Adislado Pavedes, a.k.a. Jose Luis Arcos-Ortiz, Tilico
Mario Quinones, a.k.a. Mario Cocho, El Cocho
Julio Garcia, a.k.a. Chaparro

defendants, did knowingly and intentionally combine, conspire, and agree with each other

and other persons known and unknown to the United States Grand Jury, to knowingly

and intentionally possess with the intent to distribute 500 grams or more of a mixture or

substance containing a detectable amount of methamphetamine or if 50 grams or more of

methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## Count Three

> Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Marijuana)

That from sometime in or about January 2011, and continuously thereafter up to and including ~~November 13, 2013~~ March 12, 2014 E.G., in the Eastern District of Texas and elsewhere,

**Mario Alberto Soto, a.k.a. Mayito**
**Jesus Amaro Cervantes-Cisneros, a.k.a. Francisco Contreras Rivera, Paisa**
**Juan Soto-Robles, a.k.a. Johnny**
**Jose Christino Lopez, a.k.a. Tino**
**Pedro Lara-Romo, a.k.a. Hugo Lara**
**Jorge Luis Velez, a.k.a. George**
**Ramiro Torres**
**Jose Quezada-Eleuterio**
**Arturo LNU**
**Carlos Noyola**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## Count Four

> Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Heroin)

That from sometime in or about January 2011, and continuously thereafter up to and including ~~November 13, 2013~~ March 12, 2014 E.G., in the Eastern District of Texas and elsewhere,

Mario Alberto Soto, a.k.a. Mayito
Jose Christino Lopez, a.k.a. Tino
Thomas Mitchem

defendants, did knowingly and intentionally combine, conspire, and agree with each other

and other persons known and unknown to the United States Grand Jury, to knowingly

and intentionally possess with the intent to distribute 2 kilograms or more of a mixture or

substance containing a detectable amount of heroin, a violation of 21 U.S.C. § 841(a)(1).

    In violation of 21 U.S.C. § 846.

## Count Five

             Violation: 18 U.S.C. § 924(c)
             (Possession of a Firearm in Furtherance
             of a Drug Trafficking Crime)

    On or about November 11, 2013, within the Southern District of Texas, **Cecil**

**Wilson**, defendant, did knowingly possess firearms, namely, a Taurus, .45 caliber

handgun, serial number NVH 45423; and a Glock handgun, serial number TDE946, in

furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the

United States, to wit: conspiracy to possess with the intent to distribute

methamphetamine.

    In violation of 18 U.S.C. § 924(c).

## Count Six

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about November 11, 2013, within the Southern District of Texas, **Jeanne Rae Green**, defendant, did knowingly possess firearms, namely, a Taurus, .45 caliber handgun, serial number NVH 45423; and a Glock handgun, serial number TDE946, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to distribute methamphetamine.

In violation of 18 U.S.C. § 924(c).

## Count Seven

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about November 18, 2013, within the Northern District of Texas, **Jesus Amaro Cervantes-Cisneros, a.k.a. Paisa, Francisco Conteras Rivera**, defendant, did knowingly possess firearms, namely, a Glock pistol, serial number PRK648; and an H&K pistol, serial number 123-032982, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to distribute cocaine, methamphetamine and marijuana.

In violation of 18 U.S.C. § 924(c).

### Count Eight

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about November 18, 2013, within the Northern District of Texas, **Miguel Martinez-Abad, a.k.a. Michael, Miguel Angel Gonzalez**, defendant, did knowingly possess a firearm, namely, a Taurus pistol, serial number 29605A, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to distribute cocaine and methamphetamine.

In violation of 18 U.S.C. § 924(c).

### Count Nine

> Violation: 18 U.S.C. § 924(c)
> (Possession of a Firearm in Furtherance
> of a Drug Trafficking Crime)

On or about November 18, 2013, within the Northern District of Texas, **Julio Javier Mendoza-Garibay, a.k.a. Don Cheque**, defendant, did knowingly possess firearms, namely, a Smith and Wesson pistol, serial number TDM3945; and a Springfield pistol, serial number TFH0149, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to distribute cocaine and methamphetamine.

In violation of 18 U.S.C. § 924(c).

### Count Ten

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about February 20, 2014, within the Northern District of Texas, **Sergio Marin, a.k.a. Morro**, defendant, did knowingly possess a firearm, namely, a Bersa 380, serial number 773001, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to distribute methamphetamine.

In violation of 18 U.S.C. § 924(c).

### Count Eleven

Violation: 18 U.S.C. § 924(c)
(Possession of a Firearm in Furtherance
of a Drug Trafficking Crime)

On or about February 20, 2014, within the Northern District of Texas, **Jose Collado-Linares, a.k.a. Luis Alberto Linardo-Collado**, defendant, did knowingly possess a firearm, namely, a Bersa 380, serial number 773001, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to distribute methamphetamine.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses charged in this First Superseding Indictment, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853, all property used to commit or facilitate the offenses,

Second Superseding Indictment/Notice of Penalty – Page 10

proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

2001 Mazada Tribute, VIN #4F2YU09181KM48589;

2002 Mitsubishi Montero Sport, VIN #JA4MT41R82J034479;

2005 Acura RL, VIN #JH4KB16505C016280;

2002 Chevrolet Monte Carlo, VIN #2G1WW15E229179243;

2008 Volkswagon Jetta, VIN # 3VWYV49M88M616827;

1998 Honda Accord, VIN # 1HGCG5652WA003379;

2007 Chevrolet Equinox LT, VIN # 2CNDL63F176037146;

2010 Chrysler 300 Touring, VIN # 2C3CA5CV0AH230296;

2009 Chevrolet Malibu, VIN # 1G1ZG57B29F165347;

2011 Kia Sorento, VIN # 5XYKT4A29BG159569;

2003 Chevrolet Trailblazer, VIN # 1GNDS13S432329668;

2010 Chevrolet Malibu, VIN # 1G1ZC5EB1A4157013;

2008 Chevrolet HHR, VIN # 1FTRX12W94NC08106;

2010 Chevrolet Impala, VIN # 2G1WA5EKXA1111376;

2005 Nissan Maxima, VIN # 1N4BA41EX5C857459;

2007 Chevrolet Suburban Z71, VIN # 3GNFC16047G300569;

2004 Ford F150, VIN #1FTRX12W94NC08106;

$29,000 in U.S. currency;

$517.00 in U.S. currency;

$20,800.00 in U.S. currency;

$217.00 in U.S. currency;

$88,716.00 in U.S. currency;

$2,215.00 in U.S. currency;

$4,870.00 in U.S. currency;

$2,623.00 in U.S. currency;

$7,630.00 in U.S. currency;

$490.00 in U.S. currency;

$5,240.00 in U.S. currency;

$5,357.00 in U.S. currency;

$1,900.00 in U.S. currency;

$17,820.00 in U.S. currency;

$35,000.00 in U.S. currency;

$292.07 in U.S. currency;

Taurus, .45 caliber handgun, serial number NVH 45423;

Glock handgun, serial number TDE946;

Glock pistol, serial number PRK648;

H&K pistol, serial number 123-032982;

Taurus pistol, serial number 29605A;

Smith and Wesson pistol, serial number TDM3945;

Springfield pistol, serial number TFH0149;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 3206 Wake Street, Dallas, Texas 75249,

**Second Superseding Indictment/Notice of Penalty – Page 12**

being the same property more fully described as follows: Mac Arthur Heights Lot 2, Block 5/7092;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 2615 Wilbur Street, Dallas, Texas 75233, being the same property more fully described as follows: Roland Dale Addition Lot 22, Block 1/5967;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 7934 Greengate Drive, Dallas, Texas 75249, being the same property more fully described as follows: Lot 16, Block M/8682;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 2544 Wilbur Street, Dallas, Texas 75233, being the same property more fully described as follows: Lot 13, Block 3/5967;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 2354 West Five Mile Parkway, Dallas, Texas, being the same property more fully described as follows: Lot 2, Block A/6036;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 3210 Azle Avenue, Fort Worth, Texas 76106, being the same property more fully described as follows: Lot 19, Block 196;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 8323 Mountain view Drive, Dallas, Texas 75249, being the same property more fully described as follows: Lot 18, Block B/8684;

All that lot or parcel of land, together with buildings, improvements, fixtures, attachments and easements located at 3822 W. Ledbetter Drive, Dallas, Texas 75233, being the same property more fully described as follows: Lot 22, Block 6955.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____
ERNEST GONZALEZ
Assistant United States Attorney

3-12-14
_____
Date

IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:13CR281 |
| | § | Judge Crone |
| MARIO ALBERTO SOTO (1) | § | |
|   a.k.a. Mayito | § | |
| JESUS AMARO CERVANTES-<br>CISNEROS (2) | § | |
|   a.k.a. Francisco Contreras Rivera, Paisa | § | |
| ████████████ | █ | |
| | § | |
| JAVIER ANTONIE GRADANDOS (4) | § | |
|   a.k.a. Javi, Javier Antonie Granados,<br>  Javier Antonie Gradandos | § | |
| JUAN CARLOS GRANADAS-RIOS (5) | § | |
|   a.k.a. Carlitos, Juan Carlos Granados,<br>  Juan Carlos Granadas | § | |
| JUAN SOTO-ROBLES (6) | § | |
|   a.k.a. Johnny | § | |
| ALVARO MONDRAGON SANCHEZ | § | |
|   a.k.a. Angel (7) | § | |
| ARTURO LNU (8) | § | |
| HILDA LARA (9) | § | |
|   a.k.a. Hilda Lara-Romo | § | |
| JOSE CHRISTINO LOPEZ (10) | § | |
|   a.k.a. Tino | § | |
| LUIS MANUEL SORIA (11) | § | |
|   a.k.a. Borracho | § | |
| ROGELIO RODRIGUEZ (12) | § | |
|   a.k.a. Roy | § | |
| JOSE MIGUEL MORENO (13) | § | |
|   a.k.a. Chucky | § | |
| JUAN GONZALEZ (14) | § | |
| CARLOS CARMONA (15) | § | |
|   a.k.a. Kid | § | |
| JAVIER ARAMBULA (16) | § | |
|   a.k.a. Javier Damien | § | |
| FERNANDO ALFONSO<br>HERNANDEZ, JR. (17) | § | |

a.k.a. Nando, Turkey                          §
MIGUEL MARTINEZ-ABAD (18)                     §
  a.k.a. Michael, Miguel Angel Gonzalez   §
PEDRO LARA-ROMO (19)                          §
  a.k.a. Hugo Lara                        §
JULIANA LARA (20)                             §
EVERADO SANCHEZ (21)                          §
  a.k.a. Don Lalo                         §
JORGE LUIS VELEZ (22)                         §
  a.k.a. George                           §
████████████████████                          §
JUAN MORENO-VALDEZ (24)                       §
JOSE MARIA VARGAS-HERNANDEZ                    §
  (25)                                    §
JULIO JAVIER MENDOZA-GARIBAY                   §
  a.k.a. Don Cheque (26)                  §
JESUS ESTRADA-HERNANDEZ (27)                   §
  a.k.a. El Gordito                       §
JOSE REFUGIO PACHECO (28)                      §
  a.k.a. Refugio                          §
CECIL WILSON (29)                              §
JEANNE RAE GREEN (30)                          §
████████████████████                          §
RAMIRO TORRES (32)                            §
JOSE QUEZADA-ELEUTERIO (33)                    §
████████████████████                          §
THOMAS MITCHEM (36)                           §
CARLOS NOYOLA (37)                            §
BEATRIZ DEL CARMEN GUEVARA                     §
  a.k.a. Betty (38)                       §
ELIZABETH GARCIA (39)                          §
JESSICA LIRA-MAGALY (40)                       §
ADISLADO PAREDES-ROSALES (41)                  §
  a.k.a. Jose Luis Arcos-Ortiz,           §
  Kid, Amador Espinoza Matuto             §
JUAN MANUEL DELBOSQUE (42)                     §
  a.k.a. Pollo                            §
MARCO ESTRADA-GONZALEZ (43)                    §
  a.k.a. Flaco                            §
DIAMANTINA DELBOSQUE (44)                      §
  a.k.a. Tina                             §
RAFAEL BRAVO (45)                              §

Second Superseding Indictment/Notice of Penalty – Page 16

SERGIO MARIN (46)                              §
  a.k.a. Morro                       §
JOSE COLLADO-LINARES (47)                      §
  a.k.a. Luis Alberto Linardo-Collado §
MARIO QUINONES (48 )                           §
  a.k.a. Mario Cocho, El Cocho        §
JULIO GARCIA (49)                              §
  a.k.a. Chaparro                     §

## Count One

<u>Violation</u>:     21 U.S.C. § 846

<u>Penalty</u>:      If 5 kilograms or more of a mixture or substance containing a detectable
amount of cocaine -- not less than 10 years and not more that life
imprisonment, a fine not to exceed $10 million, or both; supervised release
of at least five years.

<u>Special Assessment</u>: $100.00

## Count Two

<u>Violation</u>:     21 U.S.C. § 846

<u>Penalty</u>:      If 500 grams or more of a mixture or substance containing a detectable
amount of methamphetamine or if 50 grams or more of methamphetamine
(actual) -- not less than 10 years and not more that life imprisonment, a fine
not to exceed $10 million, or both; supervised release of at least five years.

<u>Special Assessment</u>: $100.00

## Count Three

<u>Violation</u>:     21 U.S.C. § 846

<u>Penalty</u>:      If 1000 kilograms or more of a mixture or substance containing a detectable
amount of marijuana -- not less than 10 years and not more that life
imprisonment, a fine not to exceed $10 million, or both; supervised release
of at least five years.

<u>Special Assessment</u>: $100.00

Second Superseding Indictment/Notice of Penalty – Page 17

## Count Four

Violation:    21 U.S.C. § 846

Penalty:    If 1 kilograms or more of a mixture or substance containing a detectable amount of heroin -- not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment: $100.00

## Counts Five-Eleven

Violation:    18 U.S.C. § 924(c)

Penalty:    Imprisonment for not less than 5 years and not more than life; a fine not to exceed $250,000, or both; a term of supervised release of not more than five years.

Special Assessment: $100.00

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@txs.uscourts.gov
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:19793753@txs.uscourts.gov
Subject:Activity in Case 4:14-mj-00703 USA v. Torres Set/Reset Hearings
```
Content–Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 7/16/2014 at 1:22 PM CDT and filed on 7/16/2014

| | |
|---|---|
| **Case Name:** | USA v. Torres |
| **Case Number:** | 4:14–mj–00703 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **\*\*\*Set Hearing as to Ramiro Torres: Initial Appearance – Rule 40 set for 6/16/2014 at 02:00 PM before Magistrate Judge Stephen Smith (kmurphy, 4)**

**4:14–mj–00703–1 Notice has been electronically mailed to:**

**4:14–mj–00703–1 Notice has not been electronically mailed to:**

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@txs.uscourts.gov
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:19793748@txs.uscourts.gov
Subject:Activity in Case 4:14-mj-00703 USA v. Torres Arrest - Rule 40
```
Content–Type: text/html

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 7/16/2014 at 1:21 PM CDT and filed on 7/16/2014

| | |
|---|---|
| **Case Name:** | USA v. Torres |
| **Case Number:** | 4:14–mj–00703 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 40) of Ramiro Torres(kmurphy, 4)**


**4:14–mj–00703–1 Notice has been electronically mailed to:**


**4:14–mj–00703–1 Notice has not been electronically mailed to:**

**COURTROOM MINUTES:**
The Honorable Stephen Wm Smith Presiding
Deputy Clerk: Jason Marchand

Clerk, U.S. District Court
Southern District of Texas

Filed
7-16-14

David J. Bradley, Clerk

Interpreter Present? ☐ Yes ☑ No   ERO S. brigade

USPT/USPO C. Moreno

OPEN 2:37 ADJOURN 2:42

☑ OTHER DISTRICT   ☐ DIVISION EDTX   THEIR CASE#

**PROCEEDING HELD:**
☐ Initial Appearance        ☐ Counsel Determination Hearing     ☐ Status Hearing
☐ Bond Hearing              ☐ Identity                          ☐ Hearing Continued on_____
☐ Detention Hearing         ☐ Preliminary Hearing               ☐ Other _____

CASE NUMBER  ☐ CR ☑ MJ  14-703M   Defendant # _____

AUSA Belinda Beck

Ramiro Torres

☑ Date of arrest 7-16-14 _____   ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☑ Indictment ☐ Information ☐ Complaint
                                        Violation of ☐ Supervised Release ☐ Probation

☑ Defendant ☐ Material Witness appeared        ☐ with ☑ without counsel

☑ Defendant requests appointed counsel.         ☑ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender      ☑ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.  ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant_____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant_____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant_____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s)_____.
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED ☐ Defendant _____ Released
☑ Order of Temporary Detention Pending Hearing  entered as to Defendant(s) _____
☐ Order of Detention Pending Trial entered as to Defendant(s)_____.
☐ Bond Continued        ☐ Bond reinstated     ☐ Bond Revoked
☑ Defendant _____ remanded to custody   ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause      ☐ Identity

☑ Defendant(s) _____ is/are scheduled on 7/18/14 ____ at 2pm _____ for:
    ☐ Arraignment        ☐ Counsel Determination Hearing     ☑ Identity Hearing
    ☑ Detention Hearing  ☐ Preliminary Hearing               ☐ Final Revocation Hearing
    ☐ _____ Hearing

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | X MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

| | | FOR | |
|---|---|---|---|
| U.S. vs. Torres | | Southern District of Texas | JUL 16 2314 |
| | | AT | David J. Bradley, Clerk of Court |
| | | Houston Division | |

PERSON REPRESENTED (Show your full name)

**Ramiro Torres**

| 1 X Defendant—Adult | DOCKET NUMBERS |
|---|---|
| 2 ☐ Defendant - Juvenile | Magistrate |
| 3 ☐ Appellant | 14-707M |
| 4 ☐ Probation Violator | District Court |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | Court of Appeals |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

CHARGE/OFFENSE (describe if applicable   X Felony   ☐ Misdemeanor

**21 USC 846**

| ASSETS | EMPLOY-MENT | Are you now employed? ☐ Yes   ☒ No   ☐ Am Self-Employed | Nov. 2013 |
|---|---|---|---|
| | | Name and address of employer: | |
| | | IF YES, how much do you earn per month? $ | IF NO, give month and year of last employment   How much did you earn per month? $ **1600/mo** |
| | | If married is your Spouse employed?   ☐ Yes   ☒ No | **electrician** |
| | | IF YES, how much does your Spouse earn per month? $ **housewife** | If minor under age 21, what is your Parents or Guardian's approximate monthly income? $ |

| | OTHER INCOME | Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☒ No | |
|---|---|---|---|
| | | | RECEIVED | SOURCES |
| | | IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ | | |

| | CASH | Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☒ No   IF YES, state total amount $ |
|---|---|---|

| | PROP-ERTY | Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No | |
|---|---|---|---|
| | | | VALUE | DESCRIPTION |
| | | IF YES, GIVE THE VALUE AND DESCRIBE IT $ **4,000** | **wife's name: 2006 Chevy Trailblazer (owes $700) taxes** |

| OBLIGATIONS & DEBTS | DEPENDENTS | MARITAL STATUS   SINGLE / (MARRIED) / WIDOWED / SEPARATED OR DIVORCED   **married** | No. of Dependents **04** | List persons you actually support and your relationship to them   **self   parents (2)   wife** |
|---|---|---|---|---|

| | DEBTS & MONTHLY BILLS (LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.) | APARTMENT OR HOME   **Rent $ 400-500   Utilities   food 400** | Creditors **cells: $80/mo** | Total Debt | Monthly Paymt. **car payment   taxes: $700** |
|---|---|---|---|---|---|

**gas: 240/mo   wife's student loan unknown   medical unknown**

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)   *Ramiro [signature]*

AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

|  |  |  |
|---|---|---|
| United States of America | ) | Case No. |
| v. | ) |  |
|  | ) | H-14-703 M |
| Ramiro Torres | ) |  |
| _____ | ) |  |
| Defendant | | |

### ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled before the magistrate judge as follows:

| Place: | Judge Stephen Wm Smith<br>515 Rusk<br>Houston, TX 77002 | Courtroom No.: 703 |
|---|---|---|
|  |  | Date and Time: 7/18/14 @ 2pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: July 16, 2014

_____
Judge's signature

Stephen Wm. Smith
_____
United States Magistrate Judge

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| 1. CIR./DIST./ DIV. CODE 05/TXS/041/4 | 2. PERSON REPRESENTED Ramiro Torres | | VOUCHER NUMBER | | |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER 4:14MJ703 | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA v Torres | X Felony    Petty Offense<br>Misdemeanor    Other<br>Appeal | X Adult Defendant    Appellant<br>Juvenile Defendant  ☐ Appellee<br>Other | 65 |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

21 USC §846, 841(a)(1).

| 12 ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS<br><br>LYDIA CLAY-JACKSON<br>1110 N. LOOP 336 W , STE. 500<br>CONROE, TX 77301<br><br>Telephone Number :    936-760-2889 | 13. COURT ORDER<br>X O Appointing Counsel    C Co-Counsel<br>F Subs For Federal Defender    R Subs For Retained Attorney<br>P Subs For Panel Attorney    Y Standby Counsel<br>Prior Attorney's<br>Appointment Dates:<br>Because the above-named person represented has testified under oath or has satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR<br>☐ Other (See Instructions) |
|---|---|
| 12 NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions) | Signature of Presiding Judicial Officer or By Order of the Court<br>7/17/14<br>Date of Order     Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time appointment.  ☐ YES  ☐ NO |

## CLAIM FOR SERVICES AND EXPENSES     FOR COURT USE ONLY

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| In | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (RATE PER HOUR = $     )   TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| Out of | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and other work (Specify on additional sheets) | | | | | |
| | (RATE PER HOUR = $     )   TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM:     TO: | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

| 22. CLAIM STATUS   ☐ Final Payment    ☐ Interim Payment Number _____    ☐ Supplemental Payment |
|---|
| Have you previously applied to the court for compensation and/or reimbursement for this  ☐ YES  ☐ NO    If yes, were you paid?  ☐ YES  ☐ NO<br>Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? ☐ YES  ☐ NO    If yes, give details on additional sheets.<br>I swear or affirm the truth or correctness of the above statements.<br>Signature of Attorney     Date |

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | | 34a. JUDGE CODE |

27

**COURTROOM MINUTES:**
The Honorable Stephen Wm Smith Presiding
Deputy Clerk: Jason Marchand

Clerk, U.S. District Court
Southern District of Texas

Filed
7-18-14
David J. Bradley, Clerk

Interpreter Present? ☐ Yes ☑ No    ERO _Sibujardl_

USPT/USPO _D. Hernandez_    OPEN _2:19_ ADJOURN _2:20_

☑ OTHER DISTRICT   ☐ DIVISION _EDTX_   THEIR CASE# _4:13cr281_

**PROCEEDING HELD:**
☐ Initial Appearance            ☐ Counsel Determination Hearing       ☐ Status Hearing
☐ Bond Hearing                  ☑ Identity                            ☐ Hearing Continued on_____
☑ Detention Hearing             ☑ Preliminary Hearing                 ☐ Other_____

**CASE NUMBER** ☐ R ☑ MJ _14-703M_   Defendant # _____

                                                    AUSA _Belinda Beek_

_Ramiro Torres_                                     _Lydia Clay-Jackson_

_____                             _____

_____                             _____

☐ Date of arrest_____       ☐ Rule 5
☑ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
                                        Violation of ☐ Supervised Release ☐ Probation

☑ Defendant ☐ Material Witness appeared      ☑ with ☐ without counsel

☐ Defendant requests appointed counsel.          ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender       ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.      ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel.  _____

☐ Defendant_____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant_____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant_____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s)_____.
☐ Defendant(s)_____ advised of conditions of release
☐ BOND EXECUTED  ☐ Defendant_____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)_____
☐ Order of Detention Pending Trial entered as to Defendant(s)_____.
☐ Bond Continued       ☐ Bond reinstated       ☐ Bond Revoked
☑ Defendant _____ remanded to custody     ☐ M/W remanded to custody
☑ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☑ Identity ☐ Detention Hrg ☑ Detention Hrg this District
☐ Court finds: ☐ Probable Cause      ☐ Identity

☐ Defendant(s)_____ is/are scheduled on _____ at _____ for:
    ☐ Arraignment        ☐ Counsel Determination Hearing       ☐ Identity Hearing
    ☐ Detention Hearing  ☐ Preliminary Hearing                 ☐ Final Revocation Hearing
    ☐ _____ Hearing

_____

_____

_____

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. _N 14 - 703 M_ |
| _Torres, Ramiro_ | ) ) ) | |
| Defendant | ) | Charging District's Case No. |
| | | _1:13cr281_ |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

_____ EDTX _____.

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)    a hearing on any motion by the government for detention;

(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☒    a detention hearing.

☐    an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: _July 18, 2014_

_____
Ramiro
*Defendant's signature*

_____
*Signature of defendant's attorney*

_Clay-Jackson, Lydia_
*Printed name of defendant's attorney*

AO 94  (Rev. 01/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the

### Southern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 4:14m3703 |
| Ramiro Torres | ) |
| Defendant | ) Charging District's |
| | ) Case No. 1:13cr281 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Eastern___ District of ___Texas___.

The defendant may need an interpreter for this language: _____.

The defendant: ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: ___July 18, 2014___

_____
*Judge's signature*

_____
Stephen Wm. Smith
UNITED STATES MAGISTRATE JUDGE

30

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@txs.uscourts.gov
Bcc:
--Case Participants: Lydia Clay-Jackson (mainoffice@consolidated.net,
reasonabledoubt@consolidated.net)
--Non Case Participants:
--No Notice Sent:

Message-Id:19841743@txs.uscourts.gov
Subject:Activity in Case 4:14-mj-00703 USA v. Torres Rule 5 Papers Sent
Content-Type: text/html
```

# U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 7/24/2014 at 10:04 AM CDT and filed on 7/24/2014

| | |
|---|---|
| **Case Name:** | USA v. Torres |
| **Case Number:** | 4:14–mj–00703 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **RULE 5 Papers sent via email to Eastern District of Texas – Sherman Division as to Ramiro Torres, filed.(kmurphy, 4)**

**4:14–mj–00703–1 Notice has been electronically mailed to:**

Lydia Clay–Jackson    reasonabledoubt@consolidated.net, mainoffice@consolidated.net

**4:14–mj–00703–1 Notice has not been electronically mailed to:**